USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/5/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UAB PULSETTO,<br><br>             Plaintiff,<br><br>    - against -<br><br>NEURO FLOW LABS LIMITED,<br><br>             Defendant. | **25-CV-8366 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Complaint in this action was filed on October 9, 2025. (See Dkt. No. 1.) On October 10, 2025, an electronic summons was issued as to the Defendant. (See Dkt. No. 5.) A review of the Docket Sheet for this action indicates that Plaintiff has not completed service upon Defendant. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, within five (5) days of the date of this Order, as to what efforts have been made to serve the Defendant and Plaintiff's expectation as to when service will be completed. Plaintiff is hereby warned that failure to respond to this Order could result in dismissal for failure to prosecute or other appropriate sanction.

**SO ORDERED.**

Dated:    5 February 2026
          New York, New York

_____
     Victor Marrero
     U.S.D.J.